**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Christopher HASTINGS, Defendant–Appellant.**

**No. 02–7409.**

United States Court of Appeals, Fourth Circuit.

Submitted May 7, 2003.

Decided May 21, 2003.

Christopher Hastings, Appellant pro se. Robert Hayden Bickerton, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Vacated and remanded by unpublished PER CURIAM opinion.

## OPINION

PER CURIAM.

Christopher Hastings appeals the order of the district court dismissing his motion under 28 U.S.C. § 2255 (2000) as untimely filed.* In calculating the limitations period applicable to Hastings's motion, the district court relied on *United States v. Torres*, 211 F.3d 836, 839 (4th Cir.2000). Since then, the United States Supreme Court has overruled *Torres. See Clay v. United States*, 537 U.S. 522, 123 S.Ct. 1072, 155 L.Ed.2d 88 (2003). Accordingly, we vacate the district court's order and remand for consideration in light of *Clay* and *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*

---

* The district court granted Hastings's motion

for a certificate of appealability.